445 A.2d 208

Central Mortgage Co. v. Beasley, et al., Appellants.

Submitted January 19, 1982. Lawrence Sager, for appellants; Joseph A. Goldbeck, for appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The order dated May 7, 1981 is affirmed on the comprehensive opinion of Judge SAYLOR.

445 A.2d 208

Commonwealth v. Gail Africa a/k/a Gail Sims, Appellant.

Submitted September 11, 1980. Robert R. Redmond, for appellant; James B. Jordan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.